## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 16-10407 |
| ROSHONE GERNELL BROWN<br>DERNELLE LEE BROWN | CHAPTER 7 |
| DEBTORS | SECTION "A" |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

TO PARTIES OF INTEREST:

Notice is hereby given that a motion has been filed by AmeriCredit Financial Services, Inc. dba GM Financial ("Secured Creditor"), a secured creditor of the Debtors, to lift the stay on a 2010 Nissan Maxima.

The court files relating to this case are located, and are available for public inspection, in the office of the clerk of the Bankruptcy Court at the address appearing below.

Parties in interest objecting to the motion are to file said objections with the Clerk of the Bankruptcy Court, Eastern District of Louisiana, 500 Poydras St., Room B-601, New Orleans, Louisiana 70130, and serve a copy of such objection upon Earl F. Sundmaker, III, 1027 Ninth Street, New Orleans, Louisiana 70115, seven (7) calendar days prior to the scheduled hearing.

A hearing on said motion is set for and may be held before the Honorable Elizabeth W. Magner on April 26, 2016 at 11:00 a.m. at U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras St., Room B-709, New Orleans, Louisiana.

Mover consents to the continuance of the stay pending a hearing on the motion.

**THE SUNDMAKER FIRM, L.L.C.**

*/s/ Earl F. Sundmaker, III*
EARL F. SUNDMAKER, III (#24226)
GREGORY J. WALSH (#25921)
ARTHUR S. MANN, III (#9094)
1027 Ninth Street
New Orleans, LA 70115
Telephone: (504) 568-0515
Fax: (504) 568-0519
trey@sundmakerfirm.com
**Attorneys for AmeriCredit Financial Services, Inc. dba GM Financial**

## CERTIFICATE OF SERVICE

I certify that the Motion for Relief from Automatic Stay and Notice of Hearing have been served on all interested parties as listed below by electronic transmission and/or depositing same in the U.S. Mail, postage prepaid, on the 28th day of March, 2016:

| | | |
|---|---|---|
| Aaron E. Caillouet<br>526 Green Street<br>Thibodaux, LA 70301 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 | Michele C. Stross<br>Southeast Louisiana Legal Services<br>2439 Manhattan Boulevard<br>Suite 103<br>Harvey, LA 70072 |
| Roshone Gernell Brown<br>2700 Whitney Avenue<br>Apartment 418<br>Harvey, LA 70058 | Dernelle Lee Brown<br>2700 Whitney Avenue<br>Apartment 418<br>Harvey, LA 70058 | |

*/s/ Earl F. Sundmaker, III*
Earl F. Sundmaker, III