# PROCEEDING MEMO AND MINUTES OF
# THE CHAPTER 7 §341 MEETING

**DATE:** 04/07/16                                          **CASE NO:** 16-10407 A

**IN RE:**

    BROWN, ROSHONE GERNELL
    BROWN, DERNELLE LEE

**APPEARANCES:**

| | | |
|---|---|---|
| __√__ DEBTOR 1 | | _____ DEBTOR 2 (Wife in Joint Cases) |
| __√__ Required picture I.D. produced | | _____ Required picture I.D. produced |
| __√__ Required SSN verification produced | | _____ Required SSN verification produced |
| __√__ Pay advices received | | __√__ Pay advices received |

Credit counseling certificate __√__ filed     _____ not filed
Tax returns received for ___ (years)     on __
Financial documents were: _____ retained by trustee   __√__ returned to debtor/deleted electronically

_____ DEBTOR REPRESENTATIVE _____
__√__ ATTORNEY FOR DEBTOR(S)    MICHELE C. STROSS
_____ DEBTOR APPEARED PRO SE
    _____ YES    _____ NO    If Pro Se, did anyone assist with preparation?
    _____ YES    _____ NO    If Yes, obtain completed pro se form

__√__ THE MEETING OF CREDITORS WAS HELD.
_____ THE MEETING OF CREDITORS WAS NOT HELD (see additional notes).
_____ THE MEETING OF CREDITORS WAS NOT CONCLUDED AND IS CONTINUED
    TO THE ___ DAY OF _____, 2014 AT ___ O'CLOCK A..M.

YES __√__ NO _____  Has attorney for debtor filed a Statement of Compensation pursuant to 11 U.S.C. 329?

**CREDITORS:**     1. _____
                2. _____
                3. _____

**DEBTOR REQUIRED TO:**

    _____ AMEND SCHEDULES AND STATEMENTS WITHIN ___ DAYS OF 341(a) MEETING

    _____ OTHER   Send trustee copy of 2014 tax return and copy of 2015 tax return by 4/20/2016

In accordance with Rule 6007, FRBP, the Trustee intends to abandon any interest in:

Household goods & electronics; Misc. collectibles; Hobby equipment; Security deposits; Costume jewelry; Misc. tools; 2010 Chevrolet Camaro; 2010 Nissan Maxima

Additional Notes:   APPEARANCE OF DERNELLE BROWN WAIVED (see attached)

DATED: __04/07/16__                                          */s/ Aaron Caillouet*
                                                                     Aaron Caillouet, Trustee

TAPE TRACK # __1004__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: Roshone Gernell Brown
Debtor(s) Dernelle Lee Brown

Case Number: 16-10407
Chapter 7

REQUEST TO RESCHEDULE MEETING OF CREDITORS
OR TO APPEAR OTHER THAN IN PERSON AND CONSENT TO EXTEND DEADLINES*

Debtor(s) in the above-captioned case, by the undersigned, state that the §341(a) meeting of creditors is presently scheduled on the __7__ day of __April__, 20_16_ at _10_ o'clock.

Debtor(s) hereby request (please check one):
( )    that the §341(a) meeting of creditors be rescheduled to a later date;
(✓)    that the debtor be allowed to appear other than in person and by the following method: _authorized representative_

Reasons for request:
Debtor Dernelle Brown is now employed - he is currently in training in California and unable to return to New Orleans, LA for the scheduled hearing. Co-debtor + wife Roshone Brown is able to appear in her own right and on Mr. Brown's behalf.

PLEASE ATTACH ANY DOCUMENTS SUPPORTING THIS REQUEST

* To the extent debtor(s) request that the §341(a) meeting of creditors be rescheduled, debtor(s) hereby consent to, and waive any right to contest, the extension of deadlines as follows:
1.    extending the bar date for filing §523(c)/§727 complaints to sixty (60) days after the rescheduled §341(a) meeting pursuant to Fed. R. Bankr. P. 4004(a) and 4007(c);
2.    extending the time for filing §707(b) motions to dismiss for abuse to sixty (60) days after the rescheduled
§341(a) meeting of creditors pursuant to Fed. R. Bankr. P. 1017(e);
3.    extending the time for filing objections to claims of exemptions to thirty (30) days after the rescheduled §341(a) meeting of creditors pursuant to Fed. R. Bankr. P. 4003(b).

DATE: __4/4/2016__

Michele C Stross, attorney for debtors
2439 Manhattan Blvd, Suite 103
Harvey, LA 70058
504-374-0977 x112
(Name, Address, Phone Number)

-----

TRUSTEE'S DISPOSITION AND NOTICE OF RESCHEDULED §341(A) MEETING
AND /OR TO APPEAR OTHER THAN IN PERSON

[✓] Grants   [ ] Denies the request to appear, other than in person.
The debtor may appear by the following method: __Appearance by spouse with POA (attached)__

[ ] Grants   [ ] Denies the Request to Reschedule.

The rescheduled meeting is to be conducted on _____ at _____ .m. at the
F. Edward Hebert Building, 600 Maestri, Room #111, New Orleans, LA 70130

*Aaron Caillouet, Trustee*
(TRUSTEE)

**Debtor's Counsel or Pro Se Debtor MUST provide Notice of this new date to all parties**

## GENERAL POWER OF ATTORNEY AND PROCURATION

BY:    DERNELLE LEE BROWN         *    STATE  CA

TO:    ROSHONE GERNELL BROWN      *    PARISH/COUNTY  Solano

BY THIS POWER OF ATTORNEY BE IT KNOWN that on this __5__ day of __April__, 20__16__, DERNELLE LEE BROWN (hereinafter referred to as "Principal"), a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, declared that Principal has made and appointed, and by these presents does make, name, nominate, ordain, authorize, constitute and appoint, and in his/her place and stead depute and put Roshone Gernell Brown (hereinafter referred to as "Agent" or "Agents"), of the full age of majority and resident the State of Louisiana, to be Principal's Agent(s) and Attorney in Fact, revoking any power of attorney, procuration or mandate that Principal has previously granted, giving and by these presents granting unto the said Agents full and unlimited power and authority for and in the name of Principal and in Principal's behalf and to Principal's use:

(1)    To conduct, manage and transact all and singular affairs, business concerns and transact all other matters of whatever nature or kind without any exception or reservation whatsoever;

(2)    To open all letters of correspondence addressed to Principal and to answer the same;

(3)    To accept, draft, endorse or make bills of exchange, checks, drafts or promissory notes in the name of Principal;

(4)    To draw money out of and to have access to any bank(s), credit union(s), homestead(s) or other financial institution(s) of any kind whatsoever, including access to safe deposit boxes, where the same may have been deposited in the name or for the account of Principal;

(5)    To receive and receipt therefor;

(6)    To deposit acceptances, bills of exchange, checks, drafts, notes or any other obligations for collection in any bank(s), credit union(s) or other financial institution(s) of any kind whatsoever and to withdraw the same or the proceeds thereof at pleasure by check or otherwise;

(7)    To sell and/or transfer all or any share of the capital stock of any corporation owned by Principal and to make and give any note(s) which may be necessary or to extend, renew or waive prescription on the same;

__Vallejo__ (city), __CA__ (state), this __5__ day of __April__, 20__16__.

__Dernell__ _(signature)_
Dernelle Lee Brown
PAGE 1 OF 4

(8) To attend any or all meetings of creditors wherein Principal may be interested, to vote in his/her name on all questions or matters that may be submitted to such meetings, to borrow money from any bank(s), credit union(s), homestead(s), insurance company(ies) or other financial institutions of any kind whatsoever on the notes or obligations of Principal drawn by him/her or by the Agent or those of others which shall or may come into the hands of Agent for the use of Principal and execute notes or obligations for the renewal of all such or any part(s) thereof;

(9) To convey, mortgage, sell or transfer or to affect and mortgage all or any part(s) of the real, personal or mixed estate of Principal on such terms and conditions as Agent shall deem proper;

(10) To hire, lease or let all or any part of the real and personal estate belonging to Principal;

(11) To make and execute oil, gas and/or mineral leases on any property of Principal or in which Principal may have an interest on such terms and conditions as Agent shall deem proper in his/her sole and uncontrolled discretion and to receive and receipt for the bonuses, proceeds and rents thereof as the same shall fall due;

(12) To make, sign and execute in the name of Principal all acts, whether of assignment, agreement, compromise, contract, deed, lease, mortgage, release, sale or otherwise that shall or may be requisite or necessary and containing such terms, conditions and provisions as Agent shall deem proper and bind Principal thereby as firmly as if the same were or had been his/her own proper acts and deeds;

(13) To sign all bonds, returns, petitions, waivers or other documents required by the United States Internal Revenue Service, the Louisiana Department of Revenue and Taxation or other taxing authority;

(14) To receive and attend to all shipments or consignments of goods, produce, merchandise or wares that shall or may be made to Principal either for his/her own account and risk or that of others and to pursue the instructions of the owners, shippers or others interested therein or relative thereto;

(15) To receive and acknowledge notices of protest of all or any bills, drafts or promissory notes to which Principal may be a party and to act for Principal and be his/her substitute in all cases wherein he/she may be appointed the agent or attorney of others;

(16) To ask, demand, have, take, sue for and by all lawful ways and means to recover and receive of and from any person, firm or corporation any sum(s) of money, goods, debts, property and effects whatsoever that now is or are or may hereafter be in his/her, their or its custody or possession due, owing, coming or belonging to Principal whether by account(s), bequest(s), bill(s), book-debt(s), bond(s), note(s) or for and by any reason or means whatsoever;

(17) To adjust and settle all accounts with whom it may concern, and upon recovery and receipt in the premises, to make and give good and sufficient discharges and acquittances;

Valrico (city), CA (state), this 5 day of April, 2016

_____
Dernelle Lee Brown
PAGE 2 OF 4

(18) To appear before all courts of law, admiralty and equity, there to do, prosecute and defend as occasion shall require, or to compromise, compound and agree in the premises by arbitration or otherwise, as the Agent shall in his/her discretion think fit;

(19) To apply for and obtain all and any attachments, sequestrations, injunctions and appeals, give the requisite security and sign the necessary bonds, and

(20) To represent Principal judicially and otherwise, whether as heir, legatee, creditor, executor, administrator or otherwise, in all successions or estates in which Principal may be or become interested, including any acceptance or renunciation thereof; to apply for the administration thereof and to demand, obtain and execute and finally to settle, compromise and liquidate Principal's interest therein and to receive and receipt for all property to which Principal may be entitled in respect of said successions or estates;

(21) To make and execute all mineral leases and other contracts, including unitization and pooling agreements, for the exploration and development of oil, gas, salt, sulfur and other minerals, or any of them, in and under any of the properties of Principal, upon such terms and conditions and for such consideration as Agent may deem to be appropriate, and

(22) To mortgage, encumber, convey, transfer or sell, at Agent's sole discretion, all of Principal's interest in any and all property owned by Principal, including but not limited to any vehicles and other movable items and any immovable property.

Principal further declares that it is his intention that Agents, whether acting individually or together, may act on his/her behalf as agent with full authority.

Agents are further authorized to execute any documents in order to mortgage, encumber, sell, transfer or convey any of Principal's property and to take such action on such terms and conditions and for any price he/she deems proper in his/her sole discretion.

Principal further authorizes Agents generally to do and perform all and every other act, matter and thing whatsoever as shall or may be requisite and necessary concerning the affairs, business or assets of Principal as fully, completely and effectually, and to all intents and purposes with the same validity as if all and every such act, matter or thing were or had been particularly stated, expressed and especially provided for, or as Principal could or might do if personally present; also with full power of substitution and revocation. Principal hereby agrees to ratify and confirm all and whatsoever Agent shall lawfully do or cause to be done by virtue of this act of

Vallejo (city), CA (state), this 5 day of April, 2016.

_____
**Dernelle Lee Brown**
PAGE 3 OF 4

mandate and procuration.

  THUS DONE AND PASSED in ___Valjeio___, ___CA___,
on this ___April___ day of ___5___, 20___16___, in the presence of the Notary and the undersigned competent witnesses after reading of the whole.

WITNESSES:

_____     _Dernell_____
Witness              DERNELLE LEE BROWN
                Principal

_____
Witness

        *See attached acknowledgment*
        *CA acknowledgment*
_____
        Notary Public

___Valjeo___ (city), ___CA___ (state), this ___April___ day of ___5___, 20___16___

_____
Dernelle Lee Brown
PAGE 4 OF 4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _Solano_ )

On _04/05/2016_ before me, WENDY HERNANDEZ, NOTARY PUBLIC,
Date                                       Here Insert Name and Title of the Officer

personally appeared _Dernelle Lee Brown_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Seal: WENDY HERNANDEZ, COMM. # 2065153, NOTARY PUBLIC-CALIFORNIA, SOLANO COUNTY, My Comm. Expires APR. 20, 2018]

Place Notary Seal Above

———————————— OPTIONAL ————————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _General Power of Attorney_
Document Date: _04/05/2016_   Number of Pages: _4_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907